# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF S.A.

NO. 2024 KW 1230

**DECEMBER 20, 2024**

---

In Re: Charmaine Magee, individually and on behalf of minor daughter, Z.M., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 23843.

---

BEFORE: McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.**

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT